IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                    CHAPTER 7

SHIRLEY ALLEN LEWIS                                          CASE NO. 05-06806-EE

RULE 3011 LIST
OF UNCLAIMED FUNDS, CLAIMANTS, AND AMOUNTS

**COMES NOW, J. Stephen Smith**, Trustee, by and through his attorney, pursuant to 11 U.S.C. § 347 and Rules 3010(a) and 3011 FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants, and Amounts, to-wit:

| Claimant | Mailing Address | Amount |
|---|---|---|
| Shirley Allen Lewis | 5719 Horton Ave., Apt. A<br>Jackson, MS 39206 | $701.31<br>$566.40 |

That the checks were sent to the debtor at the address listed above, which was the address listed on the debtor's schedules, but the checks were returned to the Trustee and were voided.

That the Trustee has been unable to locate the debtor.

**WHEREFORE, PREMISES CONSIDERED**, J. Stephen Smith, Trustee, respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants, and Amounts be received and filed.

DATED: _____

Respectfully submitted,

J. STEPHEN SMITH
CHAPTER 7 TRUSTEE


_____
EILEEN N. SHAFFER
Attorney for Trustee

EILEEN N. SHAFFER
MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215
(601) 969-3006

## CERTIFICATE OF SERVICE

I, Eileen N. Shaffer, Attorney for the Trustee, do hereby certify that I have this date mailed by United States Mail, postage prepaid, a true and correct copy of the above and foregoing Rule 3011 List of Unclaimed Funds, Claimants, and Amounts to the following:

> United States Trustee
> 100 West Capitol Street
> Suite 706
> Jackson, MS  39269-1602

**SO CERTIFIED** this the ____ day of _____, 2008.

_____
EILEEN N. SHAFFER